UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SEWER EQUIPMENT COMPANY
OF AMERICA, INC.,
      Plaintiff,

  v.                                            Case No. 10-CV-00640

SRECO FLEXIBLE, INC., et al.
      Defendants.

---

## ORDER

On December 7, 2011, plaintiff Sewer Equipment Company of America, Inc. filed a motion to dismiss all claims and counterclaims between itself and the only remaining defendant in this case, SRECO Flexible, Inc. ("SRECO"). SRECO has not yet responded to defendant's motion. SRECO is hereby notified that it has 14 days from the date of this order to file a brief in opposition to the motion to dismiss. If SRECO fails to file a brief in opposition, the motion will be granted as unopposed pursuant to Civil L. R. 7(d) (E.D. Wis.), and all claims and counterclaims between the parties will be dismissed.

**THEREFORE, IT IS ORDERED** that defendant SRECO has fourteen (14) days from the date of this order to file a brief in opposition to plaintiff's motion to dismiss.

Dated at Milwaukee, Wisconsin, this 11th day of January 2012.

                                            s/_____
                                            LYNN ADELMAN
                                            District Judge